

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**FILED**

Jun 13 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**23-cv-02821-TLT**

Re:   **Unperfected Appeal:**

**Oscar D. Teran v. Navient Solutions, LLC, etal; Judge Dennis Montali**

Dear Clerk:

Appellant _____ has not perfected the above captioned appeal in accordance with Bankruptcy Local Rule 8009-1(b). The following Items have not been filed:

- [ ] No Designation of Items for the Appeal Record
- [ ] No Statement of Issues
- [ ] No Transcript Request Order
- [x] No Certification that transcript(s) will not be ordered
- [ ] No Filing Fees Paid
- [ ] Other:

If you have any questions, please contact me at **(888) 821-7606** .

Edward Emmons, Clerk
United States Bankruptcy Court

By: /s/ Linda Jerge

Linda Jerge,     Deputy Clerk